No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

THE GUENTHER PUBLISHING COMPANY, Appellant, Respondent, v. THE RIDGWAY COMPANY, Respondent, Appellant.— Order affirmed, without costs, with leave to plaintiff to serve amended complaint on payment of the costs awarded at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.; Laughlin, J., dissented.

In the Matter of the Application to Adjust the Transfer Tax upon the Estate of JULIAN A. HELLMAN, Deceased. MEYER STERN and Another, Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent. — Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

BERNARD F. GOLDEN, Appellant, v. PATRICK H. SULLIVAN and Others, Impleaded with ABRAHAM L. ERLANGER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that respondent Erlanger is a proper, if not a necessary, party defendant. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

JOHN NELSON, as Administrator, etc., Respondent, v. ELIZABETH J. HOFER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

WILLIAM JESSOP & SONS, INC., Respondent, v. WILLIAM F. WAGNER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to appellants to apply at Special Term for leave to withdraw demurrers and to answer on showing merits. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

BECKIE COHEN, as Administratrix, etc., Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $15,000; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

AGNES CROWLEY, Respondent, v. PIERRE TARTOUE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

THOMAS BURNS, Respondent, v. PIERRE TARTOUE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

NICHOLAS GANGI, an Infant, by GIUSEPPE GANGI, His Guardian ad Litem, Respondent, v. JACOB FRADUS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

GIUSEPPE GANGI, Respondent, v. JACOB FRADUS, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $500, in which event the judgment as so modified and the order appealed from are affirmed, with-